UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
             v.                   :     Criminal Action No.: 07-0281 (RMU)
                                  :
TIMOTHY STEWART,                  :                    **FILED**
                                  :
             Defendant.           :                    OCT 3 0 2007

**CRIMINAL SCHEDULING ORDER**[1]             NANCY MAYER WHITTINGTON, CLERK
                                                  U.S. DISTRICT COURT

In order to manage this case in a manner consistent with the highest quality of justice, it is this 30th day of October 2007,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before __Nov. 9 2007__;

Oppositions                 on or before __Nov. 16 2007__; and

Replies                     on or before __Nov. 23, 2007__; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on __Nov. 15 2007__, at __3:00__; and

A motions hearing            on __Jan. 22 2008__, at __10 AM__;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

                                    _____
                                          Ricardo M. Urbina
                                       United States District Judge

---

[1] Revised January 2005.