UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 07-281 (RMU) |
| | : | Next Event: Status: 11/15/07 |
| TIMOTHY STEWART | : | |

FIRST UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTIONS AND
SUPPORTING MEMORANDUM

Pursuant to the provisions of LCrR 47, defendant Timothy Stewart, by his attorney, Gary M. Sidell, hereby submits his first unopposed motion to extend the time for filing motions from Friday, November 9, 2007 until Wednesday, November 14, 2007. As grounds for his motion, Mr. Stewart states the following:

1.  On October 18, 2007, Mr. Stewart was indicted on a four (4) count indictment charging his with violations of 21 U.S.C. 841(a)(1) and (b)(1)(B)(iii)(four counts of distribution of cocaine base on different dates and in different amounts).

2.  On October 30, 2007, Mr. Stewart was arraigned on this indictment before this Honorable Court. Prior to that arraignment, Mr. Stewart filed his discovery request seeking a variety of materials and information from the United States Attorney's Office. Of even date, the Criminal Scheduling Order was filed setting motions dates.

3.  On November 7, 2007, at the close of business, counsel was able to pick up at the United States Attorney's Office supplemental discovery information ("November 7 discovery"), including 27 denominated documents or categories of documents, four (4) video tape records, four (4) audio tape records and two (2) CD's of audio recordings of the prosecution's star witness in at least two (2), if not three (3), of

these alleged events, a paid confidential informant.[1]  Additionally, an 8 page letter accompanied the documents produced with partial responses to Mr. Stewart's discovery request.

4. On the morning of Thursday, November 8, 2007, counsel received by facsimile both a written plea offer and the underlying factual proffer from the United States Attorney's Office.[2]  Immediately thereafter, counsel, and his investigator, met with Mr. Stewart at the Correctional Treatment Facility ("CTF") to which Mr. Stewart had recently been moved.  Copies of both the written plea offer and proffer were provided to Mr. Stewart.  However, Mr. Stewart could not review the video or audio tapes due to CTF's advance notice requirement that the requisite equipment would be needed to play such forms of information.  Mr. Stewart was to make arrangements to contact counsel on Friday, November 9 in order to provide information on his position concerning the extended plea offer.  However, by the time of filing this motion, no such information had been received.[3]

5. Upon counsel's review of the November 7 discovery, further discovery remains outstanding.  For instance, Giglio information concerning the paid informant has not yet been provided and will not be provided until closer to trial.  Moreover, test results, e.g., fingerprints, remain outstanding and without an estimated provision date or

---

[1] It appears to counsel, from review of most of the information provided that the paid informant may well be the sole percipient witness to at least two (2) of the four (4) alleged events in this case.  Hence, information concerning that witness is crucial to any realistic evaluation of the strengths of the prosecution's case and Mr. Stewart's defense.

[2] The plea offer extended involves a mandatory minimum ten (10) year sentence.  As a result, counsel is unable to recommend acceptance or rejection of such a plea offer to Mr. Stewart without having most, if not all, discovery information requested in order to evaluate Mr. Stewart's options.  Although counsel earlier had sought an offer with a mandatory minimum sentence of five (5) years, that alternative was rejected.  By its terms, the plea offer expires on November 15, 2007, at the status hearing.

[3] As a result of the lack of information from Mr. Stewart, counsel will need to make another trip to CTF to determine Mr. Stewart's position on the extended plea offer and, if acceptable, make another trip thereafter, and prior to the November 15 status hearing, in order to have Mr. Stewart execute the requisite plea documents, if he elects to proceed in that manner.

2

time period. Similarly, information provided in the November 7 discovery materials does not fully comply with F.R. Cr. P. 16 for the summaries of testimony expected by experts identified, rather than simply providing the generic areas for any "drug expert" witness in any form of a case involving controlled substances.

      6.      As of November 9, 2007, assistant United States attorney Edward O'Connell informed counsel that he did not oppose the relief sought here, e.g., filing any appropriate motions by November 14, if necessary.

      7.      Mr. Stewart proposes that any oppositions to any motions filed be due by Monday, November 19, rather than as set by the Criminal Scheduling Order on Friday, November 16. See, Standing Order for Criminal Cases, Document 6, @ 2, ¶ 4 b. iii.

Based on the foregoing, Mr. Stewart urges this Honorable Court to grant his request for a brief extension in the time by which motions need be filed from Friday, November 9 to Wednesday, November 14, 2007.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Gary M. Sidell
                                        1776 K Street, NW
                                        Suite 800
                                        Washington, D.C. 20006
                                        D.C. Bar No. 961847
                                        202-783-0060
                                        202-331-9666 (facsimile)
                                        suitcase@erols.com

CERTIFICATE OF SERVICE

      I hereby certify that I have served this pleading to all parties by ECF this 9th day of November, 2007.

                                                                                          /s/
                                                                   Gary M. Sidell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 07-281 (RMU) |
| | : | Next Event: Status: 11/15/07 |
| TIMOTHY STEWART | : | |

O R D E R

Upon consideration of the defendant's first unopposed motion to extend the deadline for filing motions, the entire record of this proceeding and finding that there is good cause for the requested relief, it is this _____ day of November, 2007, hereby

ORDERED, that the defendant's motion is GRANTED, and it is further

ORDERED, that any motions shall be filed by November 14, 2007, with any oppositions due by November 19, 2007, or as may be set at the November 15, 2007 status hearing.

_____
RICARDO M. URBINA, Judge
United States District Court
For the District of Columbia

Copies:

Gary M. Sidell, Esq.

Edward A. O'Connell, Esq.