UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

V.  :  Criminal N0. 07-281 (RMU)
:  Next Event: Status: 11/15/07

TIMOTHY STEWART  :

## ORDER

Upon consideration of the defendant's first unopposed motion to extend the deadline for filing motions, the entire record of this proceeding and finding that there is good cause for the requested relief, it is this 13th day of November, 2007, hereby

ORDERED, that the defendant's motion is GRANTED, and it is further

ORDERED, that any motions shall be filed by November 14, 2007, with any oppositions due by November 19, 2007, or as may be set at the November 15, 2007 status hearing.

RICARDO M. URBINA, Judge
United States District Court
For the District of Columbia

Copies:

Gary M. Sidell, Esq.

Edward A. O'Connell, Esq.