CO-526
(12/86)

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 07-281    (RMU) |
| | ) | |
| TIMOTHY T. STEWART | ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_X Timothy Stewart_
Defendant

_[signature]_
Counsel for defendant

I consent:

_Edw A O'Connell_
Assistant United States Attorney

Approved:

_[signature]_
Ricardo M. Urbina
United States District Court Judge

Date _Nov. 15, 2007_