UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-281 (RMU) |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY T. STEWART, | : | |
| Defendant. | : | |

### Government's Notice to the Court

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives the following notice to the Court.

As a condition of the defendant's guilty plea in the above-captioned case, the government agreed to dismiss in its entirety the case of <u>United States v. Timothy Stewart</u>, pending in the Superior Court of the District of Columbia, case number 2007-CF2-9909.

In compliance with its obligations pursuant to the plea agreement in the above-referenced case, the government entered a praecipe in the Superior Court of the District of Columbia on December 10, 2007, dismissing the case of <u>United States v. Timothy Stewart</u>; 2007-CF2-9909

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 489-610

BY:      _____/S/_____
EDWARD A. O'CONNELL
Assistant United States Attorney
D.C. Bar No. 460-233
555 Fourth Street NW
Room 3814
Washington, DC 20530
(202) 514-7505
Edward.O'Connell@usdoj.gov