HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB 28 2008**

Clerk, U.S. District and Bankruptcy Courts

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-281 |
| --- | --- | --- |
| vs. | : | |
| STEWART, Timothy T. | : | Disclosure Date: December 31, 2007 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Edw A O'Connell_                    _1/14/08_
**Prosecuting Attorney**                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____  _____  _____
**Defendant**          **Date**  **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 14, 2008**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**; fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

<u>United States v. Timothy Stewart</u>   07-CR-281

Government's Receipt and Acknowledgment of Presentence Investigation Report

In the Government's view, there are material / factual inaccuracies in the PSI in this case. On page 5, ¶¶ 11 and 12 of the "Offense Conduct" section describe an incident for which the defendant did not enter a guilty plea. Rather, that incident was charged in D.C. Superior Court. That Superior Court case was dismissed in connection with the defendant's agreement to plead guilty in this case. The defendant agreed to the statement of facts as regards the Superior Court case and gave an "insulating statement" merely so that his co-defendant in the Superior Court case could not call the defendant as a witness in that case.

Accordingly, the facts of that Superior Court case are not "relevant conduct" that should be taken into consideration in calculating the defendant's guideline range in the instant case. The defendant should not receive a 2 point increase for use of a firearm, as is reflected in ¶ 19 of the PSI.

The defendant's correct Adjusted offense level should be 32. With a 3 point reduction for acceptance of responsibility, the defendant's total offense level should be 29.

*Edw A O'Connell*

Edward A. O'Connell
Assistant United States Attorney
January 14, 2008

Faxed to:

Kathie McGill
US Probation Officer
(fax) (202) 273-0242

Gary M. Sidel, Esq.
Attorney for the defendant