HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Docket No.: <u>07-CR-281</u>

vs. :

STEWART, Timothy T. : Disclosure Date: <u>December 31, 2007</u>

**FILED**
**FEB 28 2008**
Clerk, U.S. District and
Bankruptcy Courts

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            _____
**Prosecuting Attorney**                                                            **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

X _Timothy Stewart_  1/7/08        X _[signature]_  1-7-08
**Defendant**        **Date**         **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 14, 2008**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
       United States Probation Officer

Receipt and Acknowledgment                                        Page 2

OBJECTION

| Page | Paragraph | |
|------|-----------|---|
| 2 | "Alias SSN" | Mr. Stewart states that he has never provided a social security number other than his own even though he acknowledges previously providing the alias name of Tyrone White. |

With this sole exception, Mr. Stewart does not suggest further corrections to the Pre-sentence report beyond those resolved with the probation office.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: January 7, 2008